

FEDERAL DISTRICT COURT DISTRICT OF MARYLAND BALTIMORE CITY & THE DISTRICT COURT FOR BALTIMORE CITY AND THE CIVIL CIRCUIT COURTS FOR BALTIMORE CITY AND THE BALTIORE COUNTY STATES ATTORNIES OFFICES, AND THE BALTIMORE CITIES STATES ATTORNEY OFFICE

Bro Stephen Michael EL-Bey

Plaintiffs,

BALTIMORE CITY

SHANNON.AVERY, et al.,

JOHN ADDISON HOWARD

DANIEL REGISTER,

ROBERT BRISCO,

JENNIFER SCHIFFER

DAVID M BROWN

RAYNALDO GOMEZ

Defendants.

BAH 26 CV 1659

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY
APR 27 2026

_____ FILED    _____ ENTERED
_____ LOGGED   _____ RECEIVED

ORDER

Bro Stephen Michael El-Bey filed this complaint invoking the Court's federal question AND DIVERSITY JURISDICTION

My claim contains the following allegations charges That John Addison Howard and Shannon E. Avery was bias and prejudice from the very start of receiving

correspondences form me of 25 files and I have a five-year paper trail to prove this so from the

DISTRICT COURT DISTRICT OF MARYLAND 1400 EAST NORTH AVE BALTIMORE MD 21213

Bro Stephen Michael EL-Bey

Plaintiffs,

BALTIMORE CITY

SHANNON.AVERY, et al.,

JOHN ADDISON HOWARD
DANIEL REGISTER,

ROBERT BRISCO,
JENNIFER SCHIFFER
DAVID M BROWN
RAYNALDO GOMEZ

Defendants.

ORDER

Bro Stephen Michael El-Bey filed this complaint invoking the Court's federal question  AND DIVERSITY JURISDICTION

My claim contains the following allegations charges That John Addison Howard and Shannon E. Avery was bias and prejudice from the very start of receiving

correspondences form me of 25 files and I have a five-year paper trail to prove this so from the

start VIOLATING Title 18 Part One Chapter 63 1341 FRAUD AND SWINDLE THIS IS WHAT THESE PEOPLE DID TO ME HAVING DEVISED THIS SCHEME TO DEFRAUD ME FOR OBTAINING

MY PROPERTIES 3910 ERDMAN AVE, 3524 ERDMAN AVE, 3604 ELMLEY AVE AND 2523 GARRETT AVE AND MY MAIN RESIDENCE 5528 BUCKNELL ROAD OF 24 YEARS ON THE PRETENCES TO GIVE AWAY AND TO DISTRIBUTE AND TO PROCURE FOR THERE OWN SELF IN RICHMENT TO FALSIFIED CONCEAL AND COVER UP-

AND TRICK ME OUT OF MY HOME OF 24 YEARS BY FRAUDULENTLY MISREPRESENTATION FRAUD THE INTENTIONAL PERVERSION OF THE TRUTH

KRISTINE D BROWN AND Daniel Register, David Brown and Reynaldo Gomez ROBERT BRISCO pyrrole and probation was sent out to arrest, and intimidate me with drawn guns pull on me    my family in order to steal my belongings and all of my home and my homes 3524 ERDMAND AVENUE, 3604 ELMLEY AVENUE, 3910 ERDMAND AVENUE, 2523 GARRETT AVENUE AND AT MY PRIMARY RESIDENCE LOCATED at 5528 Bucknell Road and furnishings and to steal my life by incarcerating me for two years for living my home for 24 years and then these people said that I sold my home for one hundred and thirty thousand dollars to which I never have received to this day to which is FRAUD and swindled and then stole my property valued at over $300.000 thousand dollars right along with all of my clothing.and my library of over 500 books taps and video audio taps I am charging all of these defendants name RHYS T. DACUYCUY BPD, COLTON PETTY JOHN misrepresentation fraudulently 18 USC Section 1341 committed elements of fraud

intentional deception to gain an unfair advantage or cause loss to another, and by mail fraud by their correspondences to me by using the mail. Violated Article3, 4, 5, 6 AND WARRING AGAINST THE UNITED STATES OF NORTH AMERICA 6 AND OF THESE Constitution of these united States of North America and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority

of the United States, shall be the supreme Law of the Land; and the Judges in every State shall bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding. Amendment In Suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise re-examined in any Court of the United States, then according to the rules of the common law.

*Stephen Michael McGowens*

